# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **JERYL DANIELS,** | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. 1:18-CV-00267 NCC<br>) |
| **JASON LEWIS,** | )<br>) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this habeas corpus action brought pursuant to 28 U.S.C. § 2254. Therefore, the Court will direct the Clerk to mail petitioner a copy of the Court's motion to proceed in forma pauperis in a habeas action. Petitioner will be required to either pay the $5 filing fee or submit the motion to proceed in forma pauperis within twenty-one days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

Dated this 6th day of November, 2018.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE